UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   20-14465 |
| Johnny D. Adams, Sr | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER EXTENDING THE AUTOMATIC STAY

This cause coming to be heard on Motion of the Debtor to extend the automatic stay, IT IS HEREBY ORDERED:

1. That the automatic stay is hereby EXTENDED as to all creditors, pursuant to Section 362 (c)(3)(B).

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  August 04, 2020

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625